UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES
DISTRICT COUNCIL 37 HEALTH & SECURITY
PLAN and SERGEANTS BENEVOLENT
ASSOCIATION HEALTH AND WELFARE
FUND, individually and on behalf of all others
similarly situated,

                                     Plaintiffs,

    -against-

BRISTOL-MYERS SQUIBB CO. and OTSUKA
AMERICA PHARMACEUTICAL, INC.,

                                     Defendants.

------------------------------------------------------------- x

**ORDER**

12 Civ. 2238 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       I transfer this case, for all purposes and with his consent, to Judge J. Paul Oetken, as similar to a lower-numbered case over which he presides. The September 28, 2012 conference is adjourned.

       SO ORDERED.

Dated:    August __, 2012
            New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge